1054

[No. 5093–1.   Division One.   December 19, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES BREWER BRANCH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 77789, James J. Dore, J., entered September 24, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 5099–1.   Division One.   December 19, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. FREDERICK LEE DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 76826, Horton Smith, J., entered September 23, 1976. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.

[No. 5282–1.   Division One.   December 19, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. CARL SEVERE AKERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 76222, Francis E. Holman, J., entered December 10, 1976. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James and Andersen, JJ.

[No. 5283–1.   Division One.   December 19, 1977.]

*In the Matter of the Welfare of*
HELEN MARIE CRUZ.

Appeal from a judgment of the Superior Court for King County, No. J–66806, James A. Noe, J., entered December 16, 1976. *Affirmed as modified* by unpublished opinion per Callow, J., concurred in by James and Williams, JJ.